# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-40983
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

November 5, 2018

Lyle W. Cayce
Clerk

JUNE C. MAYBERRY, also known as Junious Cornelious Mabrey,

Plaintiff-Appellant

v.

BEVERLY A. GORDON; K. T. HANCOCK,

Defendants-Appellees

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:17-CV-293

Before JOLLY, COSTA, and HO, Circuit Judges.

PER CURIAM:[*]

June C. Mayberry, federal prisoner # 11047-007, appeals the dismissal of his civil rights complaint. Mayberry does not address the correctness of the district court's conclusion that his complaint is time barred. He has therefore abandoned any challenge to the district court's basis for dismissing his complaint. *See Brinkmann v. Dallas County Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987). Moreover, there is nothing in the record to indicate

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-40983

that Mayberry could show the district court erred in dismissing his complaint as time barred. *See Legate v. Livingston*, 822 F.3d 207, 209-10 (5th Cir. 2016).

The judgment of the district court is AFFIRMED.